# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KRIS BOGDANOWICH, individually,

       **ORDER**
   Plaintiff,  11-CV-81 (ADS) (AKT)

-vs.-

RO-JO COLLISION, INC., and RON THORN, an individual,

       Defendants.

-----------------------------------------------------------X

**APPEARANCES:**

**Shulman Kessler LLP**
*Attorneys for the plaintiff*
510 Broadhollow Road, Suite 110
Melville, NY 11747
 By: Marijana F. Matura, Esq.
    Troy L. Kessler, Esq., Of Counsel

**NO APPEARANCE:**
Ro-Jo Collision, Inc.
Ron Thorn

**SPATT, District Judge.**

  The Clerk of Court having noted the default of defendant Ro-Jo Collision, Inc. and defendant Ron Thorn, and based upon the Declaration of Troy L. Kessler, the Affidavit of Kris Bogdanowich, and the applicable law, the Court hereby enters a default against Ro-Jo Collision, Inc. and Ron Thorn, the amount to be determined by United States Magistrate Judge A. Kathleen Tomlinson following an inquest as to damages, including reasonable attorneys' fees and costs.

  The Court hereby respectfully refers this matter to Judge Tomlinson. The Clerk of Court is to note the referral.

**SO ORDERED.**

Dated: Central Islip, New York
August 18, 2011

                                                     _/s/ Arthur D. Spatt_
                                                   ARTHUR D. SPATT
                                                United States District Judge